(September 25, 1957)

■ TRIANGLE PUBLICATIONS, INC., Plaintiff, v. ARTHUR M. FERRARE, as President of Local Union No. 26 of the National Association of Broadcast Employees and Technicians, AFL-CIO, et al., Defendants.— Motion by the defendants for a stay of examination before trial granted until determination of the appeal to be argued at the current term of this court. The parties, however, may stipulate to continue the case to the November Term of this court, if they are so advised, in which event the stay shall continue until the determination of the appeal. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ ALBERT EBERZ, Respondent, v. NORMAN H. BABCOCK, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ JOSEPH VITETTA, as Administrator of the Estate of JOSEPH VITETTA, JR., Deceased, Appellant, v. CITY OF ALBANY, NEW YORK, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present, Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See ante, p. 797.]

■ MARLIN S. FULLER et al., Respondents, v. WALTER McMILLEN et al., Appellants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

## FOURTH DEPARTMENT, SEPTEMBER, 1957

### (September 11, 1957)

■ MARION L. DI GIULIO, Respondent, v. HUGO DI GIULIO, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present—McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ. [See ante, p. 740.]

■ EVA C. JOHNSON, Respondent, v. UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Appellant.— Motion for reargument denied. Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ. [See ante, p. 825.]

■ INDUSTRIAL DEVELOPMENT FOUNDATION OF AUBURN, NEW YORK, INC., Respondent, v. UNITED STATES HOFFMAN MACHINERY CORPORATION, Appellant.—Motion for leave to appeal to the Court of Appeals denied. Present— McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ. [See 3 A D 2d 983.]

■ DAVID MERRITT, Appellant, v. JOHN G. ELLIS et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present—McCurn. P. J., Kimball, Williams, Bastow and Goldman, JJ. [See ante, p. 741.]

■ GEORGE H. WHITBECK, Appellant, v. R. D. SEVERANCE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present—Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ. [See ante, p. 741.]

■ SAINT NICHOLAS UKRAINIAN ORTHODOX CHURCH OF LITTLE FALLS, Appellant, v. SAINT NICHOLAS RUTHENIAN (UKRAINIAN) GREEK CATHOLIC CHURCH OF LITTLE FALLS, Respondent.—Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present— McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ. [See ante, p. 741.]

■ JOHN J. MACDONALD, as Guardian ad Litem of PATRICIA A. MACDONALD, an Infant, et al., Plaintiffs, v. PONTIAC AUTO TRANSPORT Co. et al., Defendants.—Appeal dismissed, without costs, upon stipulation.